```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Charles W. Walker and</u>
<u>Janette Walker</u>

    v.                               Civil No. 11-cv-382-JD

<u>Segway, Inc.</u>

<u>Procedural Order</u>

"The common law presumes a right of public access to judicial records."  <u>Siedle v. Putnam Invs., Inc.</u>, 147 F.3d 7, 9 (1st Cir. 1998).  Based on a review of the parties' "Stipulated Confidentiality Agreement and Protective Order," it is not apparent why the motion to compel (document no. 16), the addendum (document no. 17), the opposition (document no. 21), and the reply (document no. 24) should remain sealed.  The order granting the plaintiffs' motion to compel was issued under seal only because the motion papers were sealed.

Therefore, **within ten days of the date of this order,** the parties shall file a memorandum to show cause why the motion,

opposition, reply, and order should not be unsealed, failing which these documents will be unsealed.

SO ORDERED.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

April 22, 2013

cc:   Ronald E. Cook, Esquire
       Ralph Suozzo, Esquire
       Mark Venardi, Esquire